Nicole Tammelleo

November 6, 2005

FILED
NOV 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Ms. Coln,

I have a court date with Judge Facciola on the 21st of December, regarding the protest in front of the White House. I am presently volunteering in Guatemala and I will not be in the USA for the 21st of December. Is it possible to had a date at the end of January or February when I will be back in the USA? If possible, please respond by email. If not, you can use the above adress and the letter will be forwarded to me.

Thank you,

Nicole Tammelleo